IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>DAMON SYKES,<br><br>    Defendant.                       / | No. C 11-00347 CRB<br><br>**ORDER REASSIGNING CASE** |

This case concerns allegations that the Defendant has violated a Form 12 imposed as part of the Judgment in United States of America v. Damon Sykes, 94-cr-0062CW. The Court finds that this case should therefore be adjudicated by Judge Wilken, and REASSIGNS the case to Judge Wilken.

**IT IS SO ORDERED.**

Dated: August 1, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\347\order reassigning.wpd